**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1547**

———————

JEAN R. DESTIN; CHARISSE M. DESTIN,

Plaintiffs - Appellants,

v.

AMERICAN HOME MORTGAGE, Defunct; PNC BANK, N.A.,

Defendants - Appellees.

———————

**No. 14-1548**

———————

PNC BANK National Association, c/o Samuel I. White, PC,

Plaintiff - Appellee,

v.

JEAN R. DESTIN; CHARISSE M. DESTIN,

Defendants - Appellants.

———————

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:14-cv-00332-REP; 3:14-cv-00373-REP)

———————

Submitted: September 25, 2014        Decided: September 29, 2014

———————

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished per curiam.

Charisse M. Destin, Jean R. Destin, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In Appeal No. 14-1547, Jean R. Destin and Charisse M. Destin seek to appeal the district court's orders denying their motion for a temporary restraining order and warning that their action would be dismissed in thirty days if they did not submit a pleading setting forth a valid basis for subject matter jurisdiction. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders the Destins seek to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny leave to proceed in forma pauperis and dismiss this appeal for lack of jurisdiction.

In Appeal No. 14-1548, the Destins noted an appeal in a civil action before the district court had entered any orders. Because there is no appealable order for us to review, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

3